**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN, <br><br> Plaintiff, <br><br> v. <br><br> HOME STAR CAPITAL, INC., STONEGATE DIRECT, INC., a.k.a. Crossline Capital, Inc., THOMAS HAYS, TIMOTHY R. ELKINS, and CHARLES RICHARD ELKINS, a.k.a. Richard Elkins, <br><br> Defendants. | Case No.: SACV 15-01989-CJC(KESx) <br><br> JUDGMENT |

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Paul Sapan and against Defendants Home Star Capital, Inc., and Charles Richard Elkins (a.k.a. Richard Elkins) in accordance with the terms of the Court's order granting Plaintiff's motion for default judgment. The court awards Plaintiff $7,500 in damages, $696 in costs, and $6,440 in attorneys' fees.

DATED: October 17, 2016

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE